UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCKY'S FOOD DISTRIBUTORS, INC., <br><br> Defendant. | CASE NO. C18-1390-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 10). The Court has considered the motion and the relevant record. Based upon the foregoing, the Court FINDS that:

(1) Defendant was properly served in this matter on or about September 28, 2018 (Dkt. No. 6);

(2) The Clerk entered an order of default against Defendant on November 20, 2018 (Dkt. No. 8);

(3) Defendant has failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion (Dkt. No. 10) is GRANTED. Plaintiff is awarded

judgment against Defendant in the amounts hereinafter listed, which amounts are due to the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 63, with which Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the periods June 2018 through August 2018: for liquidated damages of $5,213.14, for pre-judgment interest of $145.53, for attorney fees of $953.00, and for costs of $495.00, all for a total of $6,806.67.

The Clerk is DIRECTED to close this case.

DATED this 22nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE